JEFFREY T. HAMMERSCHMIDT
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Alberto Pedraza

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00189-LJO |
| Plaintiff, | |
| v. | MOTION AND ORDER TO EXONERATE BOND |
| ALBERTO PEDRAZA | Date: TBD |
| Defendant. | Time: TBD |
| | Hon. Lawrence J. O'Neill |

    Defendant Alberto Pedraza, by and through his attorney, Jeffrey T. Hammerschmidt, hereby moves this court for an order exonerating the property bond posted to secure Mr. Pedraza's release from custody and for reconveyance of real property in the above-captioned case.

    On April 15, 2018, the Court ordered Mr. Pedraza released from custody on conditions of Pretrial Services, including a $100,000.00 appearance bond secured by real property owned by Antonia Amezcua, Christina M. Amezcua, and Maurissa N. Amezcua, deed of trust #2018-0112101 which was posted as collateral for the bond. On September 13, 2018, a certified copy of the deed of trust and straight note in the amount of $100,000.00 were received by the court. See Pacer Docket Entry #11.

    Mr. Pedraza was sentenced on May 20, 2019 with a judgement filed on May 21, 2019. See Pacer Docket Entry # 31. Because this matter is now resolved, Mr. Pedraza requests that the

court exonerate the bond previously set by the Court and reconvey title to the real property securing said bond to Antonia Amezcua, Christina M. Amezcua, and Maurissa N. Amezcua.

Dated: August 9, 2019                               Respectfully submitted,


                                                    /s/ Jeffrey T. Hammerschmidt
                                                    Jeffrey T. Hammerschmidt
                                                    Attorney for Defendant,
                                                    ALBERTO PEDRAZA


## **ORDER**

It is hereby ORDERED, that the bond posted in the above-captioned case be exonerated and title to the real property securing said bond be reconveyed to Antonia Amezcua, Christina M. Amezcua, and Maurissa N. Amezcua.

IT IS SO ORDERED.

Dated:  **August 13, 2019**                         **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES CHIEF DISTRICT JUDGE