# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | **REENTRY COURT PROGRAM** |
| v. | ) | |
| | ) | **ORDER TO REDUCE PROBATION** |
| **Alberto Pedraza,** | ) | **FOR SUCCESSFUL COMPLETION** |
| | ) | **OF REENTRY COURT** |
| Defendant. | ) | **(18 U.S.C. 3583(3)(1)** |
| | ) | |
| | ) | Docket Number:   0972 1:18CR00189-001 |
| | ) | |

On June 26, 2020, the defendant was accepted as a participant in the Reentry Court Program. As of July 29, 2020, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's Probation is to be reduced by one year, with a new termination date of May 19, 2021.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The Probation imposed on May 20, 2019, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

August 28, 2020
**Date**

*Sheila K. Oberto*
**The Honorable Sheila K. Oberto**
**U.S. Magistrate Judge**

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's Probation is reduced by one year, with a new termination date of May 19, 2021.

August 28, 2020
**Date**

*Dale A. Drozd*
**The Honorable Lawrence J. O'Neill**
**Chief U.S. District Judge**

cc:   Defendant
      Assistant United States Attorney:  Michael G. Tierney
      Fresno Forfeiture Unit
      Defense Counsel:  Jeffrey Hammerschmidt
      FLU Unit – United States Attorney's Office
      Fiscal Clerk - Clerk's Office